**KJC Law Group, A.P.C.**
Kevin J. Cole (SBN 321555)
kevin@kjclawgroup.com
W. Blair Castle (SBN 354085)
blair@kjclawgroup.com
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Tel: (310) 861-7797

*Counsel for Plaintiff and the proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOSSI GINA DALMAZZO SERRAS, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-04953 |
| Plaintiff, | CLASS ACTION |
| v. | |
| MAEV, INC., A Delaware Corporation, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Giossi Gina Dalmazzo Serras, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

Dated: July 28, 2025

Respectfully submitted,

*/s/ Kevin J. Cole*
**KJC Law Group, A.P.C.**
Kevin J. Cole (SBN 321555)
kevin@kjclawgroup.com
W. Blair Castle (SBN 354085)

blair@kjclawgroup.com
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Tel: (310) 861-7797

*Counsel for Plaintiff and the proposed Class*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ Kevin J. Cole</u>
**KJC Law Group, A.P.C.**
Kevin J. Cole (SBN 321555)

2